UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY VERA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LOANCARE, LLC, et al.,<br><br>        Defendants. | Case No. 25-cv-03436-SVK<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 7 |

Plaintiffs originally filed this action in state court. Dkt. 1-1. Defendants removed the action to this Court on the grounds that it involves a federal question. Dkt. 1. Defendants subsequently filed the motion to dismiss that is now before the Court, which argues that the Court lacks subject matter jurisdiction, that the complaint fails to state a claim upon which relief can be granted, and that Plaintiffs have failed to join a necessary party. Dkt. 7. Alternatively, Defendants move for a more definite statement. *Id.* In response to the motion to dismiss, Plaintiffs concede that "Defendants' argument that the complaint is not well drafted (by Plaintiff's prior counsel) is well taken" and that Plaintiffs "will not waste any time and pretend the complaint is a clear and concise statement of claims." Dkt. 9. Accordingly, the motion to dismiss is **GRANTED.**

Plaintiffs request an opportunity to amend the Complaint. *Id.* In their reply brief, Defendants argue that leave to amend should be denied because any amendments would be futile. Dkt. 15. Because of the complexity of the issues raised in the briefs on the motion to dismiss (*see, e.g.,* Dkt. 14 at 2, Dkt. 15 at 4) and in light of the liberal policy in favor of allowing amendment (*see* Fed. R. Civ. P. 15(a)), the Court will give Plaintiffs an opportunity to amend the Complaint. If, despite the acknowledged deficiencies in the existing complaint, Plaintiffs can in good faith

////

////

allege plausible clams against Defendants, they may file a First Amended Complaint by **June 11, 2025.**

    **SO ORDERED.**

Dated: May 22, 2025

                                                   _Susan van Keulen_
                                                   SUSAN VAN KEULEN
                                                   United States Magistrate Judge

United States District Court
Northern District of California

2