**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY VERA,<br><br>        Plaintiff,<br><br>   v.<br><br>FIRST CITIZENS BANK & TRUST COMPANY, a foreign corporation; LOAN CARE, LLC, a foreign Limited Liability Company; and ZBS LAW, LLP a foreign Limited Liability Partnership; All parties who claim an interest in and to the subject property; and DOES 1-100, Inclusive,<br><br>        Defendants. | Case No.: 5:25-cv-03436-SVK<br><br>Hon. Susan van Keulen<br><br>**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court, having read and considered the joint stipulation filed on behalf of Plaintiff AMY VERA ("Plaintiff") and Defendants LOANCARE, LLC and FIRST CITIZENS BANK & TRUST COMPANY ("Defendants"), and finding good cause thereon, hereby grants the stipulation as follows:

/ / /

/ / /

1

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE – 5:25-cv-03436-SVK**

5215506.1

**IT IS HEREBY ORDERED** that pursuant to the parties' stipulation, the entire action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: February 4, 2026

_____
HON. SUSAN VAN KEULEN
UNITED STATES DISTRICT JUDGE

2

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE – 5:25-cv-03436-SVK**